

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00318-CV

Judy Aldape-Ybarra aka Judy Kemp
v.
Dora Lopez Ybarra

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-1908-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed without prejudice. The Court orders the appeal DISMISSED without prejudice in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

September 1, 2015